ECONOMY HOMES COMPANY, Appellant, v. ADOLPH VOIGT and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

FARMERS LOAN AND TRUST COMPANY, as Trustee, etc., Appellant, v. MARY A. BARNARD WAGSTAFF and Others, Appellants, Impleaded with MARY G. SHELLY, Respondent, and Another, Defendant.— Motion granted. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

WILLIAM H. FISCHER, Respondent, v. CATHERINE J. GASTMEYER and ELIZABETH M. FRAWLEY, Appellants, and Another, Defendant.— We think that no further payments should be made pending the hearing and determination of the appeal. Motion granted to that extent, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARY GOHLKE, Respondent, v. FRANK C. BLANCHARD, Appellant, and Others, Defendants.— Motion for stay denied. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

SAMUEL GUYEFF, Respondent, v. JACOB MOSKOWITZ, Appellant.—Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ALIDA HURD, as Executrix, etc., Respondent, v. HERMAN B. VAN CLEVE, Appellant.— Motion to dismiss appeal denied upon condition that appellant within five days file an undertaking on appeal with appropriate surety, and serve same on respondent's attorney; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of CLIFFORD J. BARKER for a Peremptory Writ of Mandamus, etc.— Motion for writ of mandamus denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of HENRY BLEISTIFT, Respondent, for an Order Consenting to the Removal of the Body of ABRAHAM BLEISTIFT from Mt. Judah Cemetery.— Motion denied. Present — Jenks, P. J., Mills, Rich, Putnam and Jaycox, JJ.

In the Matter of the Probate of the Last Will and Testament of HANNAH CHISHOLM, Deceased.— Motion denied. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Petition of PATRICK J. KILGALLON, Administrator of the Estate of MARGARET AGNES KILGALLON, Deceased, in Discovery Proceedings.— Motion denied. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of RUFUS L. PERRY for Reinstatement as an Attorney at Law.— Application denied on the merits, but not for want of power to grant it. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of EDWARD J. ROSE, an Attorney.— Matter referred to the Hon. Herbert T. Ketcham, official referee, to hear and report to this court. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.